UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

FRANK D. MAKI,

                           Plaintiff,

                                                                             3:13-CV-1118
vs.                                                                         (GTS/DEP)

STATE OF NEW YORK, et al.,

                           Defendants.
_____

APPEARANCES:

FRANK D. MAKI, 97-A-7310
  Plaintiff, *Pro Se*
4789 Route 23
Walton, New York 13856

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

       Currently before the Court, in this civil rights action filed *pro se* by Frank D. Maki ("Plaintiff") against the 14 above-captioned entities, judges and other individuals ("Defendants"), are (1) United States Magistrate David E. Peebles' Report-Recommendation recommending that Plaintiff's Complaint be dismissed, (2) Plaintiff's Objection to the Report-Recommendation. (Dkt. Nos. 8, 9.) After carefully reviewing the relevant filings in this action, the Court can find no error in the thorough Report-Recommendation, clear or otherwise: Magistrate Judge Peebles employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Court accepts and adopts the Report-Recommendation in its entirety for the reasons stated therein. (Dkt. No. 8.)

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 8) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: February 24, 2014
Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge